**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 261 WAL 2023
                                 :
                    Respondent   :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
            v.                   :
                                 :
                                 :
BRENDAN ALEXANDER LINTON,        :
                                 :
                    Petitioner   :

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

Section 3364(b)(2) of the Vehicle Code requires individuals operating pedalcycles to "use reasonable efforts so as not to impede the normal and reasonable movement of traffic."  Does a proper construction of the Vehicle Code inform the meaning of reasonable efforts and foreclose any interpretation that it includes leaving the roadway whenever faster moving traffic approaches or backs up, which would effectively prohibit operation of pedalcycles on most roadways and/or endanger those operating them throughout the Commonwealth?